1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYNE OSBORG,

      Petitioner,               No. CIV S-06-2190 FCD KJM P

   vs.

ROBERT HEIDELBACH, Sheriff,

      Respondent.           ORDER

_____/

      On November 6, 2006, Kevin A. Hicks, San Joaquin County Deputy District Attorney, filed a letter in opposition to the habeas petition, in response to the court's order of October 20, 2006.  Mr. Hicks is not a member of the bar of this court and has not submitted an application to appear <u>pro</u> <u>hac</u> <u>vice</u> in this action.  L.R. 83-180(a) & (b).  Moreover, counsel did not file the letter electronically nor seek permission to file the letter in paper formant.  L.R. 5-133(a) & (b)(3).  Finally, the letter is not in the format required by the Local Rules and is not accompanied by the transcripts or a statement of when the transcripts will be available.  Rule 5(c), Rules Governing § 2254 Proceedings; L.R. 7-130.

/////

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED:

2  1. The letter filed by Kevin A. Hicks on November 6, 2006 is stricken; and

3  2. The Clerk of the Court is directed to serve a copy of this order electronically on Justain Paul Riley, Deputy Attorney General, and conventionally on Kevin A. Hicks, Deputy District Attorney.

DATED:   December 1, 2006.

_____
U.S. MAGISTRATE JUDGE

2
osbo2190.ord