IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WAYNE OSBORG,** | 2:06-cv-02190-FCD-KJM |
| Petitioner, | **ORDER** |
| v. | |
| **ROBERT HEIDELBACH, Sheriff,** | |
| Respondent. | |

Good cause appearing, IT IS HEREBY ORDERED THAT Respondent's response to Petitioner's Petition for Writ of Habeas Corpus be filed on or before February 19, 2007.

Dated: January 19, 2007.

_____
U.S. MAGISTRATE JUDGE

[Proposed] Order