IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYNE OSBORG,

      Petitioner,               No. CIV S-06-2190 FCD KJM P

   vs.

ROBERT HEIDELBACH, Sheriff,

      Respondent.          <u>ORDER</u>

_____/

       Under Rule 7 of the Rules Governing Section 2254 Proceedings, the court may direct the parties to expand the record with additional materials relating to the petition, including exhibits.

       Under the authority of this rule, the court directs respondent to expand the record by lodging certified copies of the following exhibits admitted at trial within fifteen days of the date of this order:

       1. People's Exhibit 7, a violation warning notice dated 3/26/01;

       2. People's Exhibit 8, a note dated 4/17/2001;

       3. People's Exhibit 9, a note by Mr. Zerweck dated 4/17/01;

       4. People's Exhibit 10, note–proof of service dated 6/21;

       5. People's Exhibit 11, violation notice dated 3/9/01;

1  6. People's Exhibit 12, citation dated 3/26/01;

2  7. People's Exhibit 13, citation dated 6/13/01;

3  8. Defendant's Exhibit 102, administrative hearing notice dated 6/10/02;

4  9. Defendant's Exhibit 103, administrative hearing notice dated 8/14/02;

5  10. Defendant's Exhibit 104, administrative/violation warning dated 3/26; and

6  11. Defendant's Exhibit 106, Notice To Vacate.

Objections to the court's consideration of these exhibits, if any, should be filed within five days of the date the exhibits are lodged.  Rule 7(c), Rules Governing Section 2254 Proceedings.

IT IS SO ORDERED.

DATED: April 13, 2007.

_____
U.S. MAGISTRATE JUDGE

2

osbo2190.exp