IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYNE OSBORG,

       Petitioner,                   No. CIV S-06-2190 FCD KJM P

   vs.

ROBERT HEIDELBACH, Sheriff,

       Respondent.             <u>ORDER</u>

_____/

       Petitioner is proceeding in this habeas action with counsel, challenging his San Joaquin County conviction for violations of the state housing laws. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On July 16, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

       The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed July 16, 2007, are adopted in full; and

2. Petitioner's application for a writ of habeas corpus is denied.

DATED: September 17, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE